### 18683.    MORRIS *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment below.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Assault with intent to murder; from Haralson superior court— Judge Edwards. November 30, 1927.

*M. J. Head, Walter Matthews,* for plaintiff in error.

*S. W. Ragsdale, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.